# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15CR2932-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| PALOMAR CARD CLUB (25), | |
| Defendant. | |

Based upon the motion of the United States (Doc. No. 820), the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Palomar Card Club. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 16, 2018

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE